IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew Weaver,                                        Case No. 3:14cv2637

        Plaintiff(s)

v.                                                 Order

CSX Transportation, Inc.,

        Defendant(s)

The parties having indicated that this case is settled, it is hereby

Ordered that a status report or dismissal entry shall be filed within thirty dates from the date of this order.

So ordered.

                                                       s/ Jeffrey J. Helmick
                                                       United States District Judge